# EXHIBIT C

# Yesterday's meeting.

From: Dan Taylor <dantaylor@me.com>
Sent: Thu, Apr 29, 2021 at 7:35 am
To: Sherry Herron

Sherry,

After another high blood pressure, agitated, sleepless night it's clear to me that the issue we discussed yesterday has gone beyond simply pushing boundaries. This is a matter of workplace harassment.  The symptoms I'm experiencing are consistent with what others report can happen.  You talked about offering support and help. Until the harassment is acknowledged, stopped and I have time to recover there is really nothing else to be done.  I and other faculty at the high school have been and are continuing to be targeted for harassment for the things we do to support School of the Woods policies that have been put in place in response to the Covid 19 health crisis.  You have witnessed this at faculty meetings.  It's been going on to various degrees most of the year.

When I make plans and preparations to present lessons and assignments through Zoom and Edmodo it is because that is what School of the Woods instructed me to do.  If I sit behind a plastic screen then it's the screen School of the Woods provided.  If I remind the students to stay 6 feet apart and to wear their masks, then I am NOT acting out of any kind of personal fear.  I am simply following the policies School of the Woods put in place. There has been constant agitation in faculty meetings from Junior Class advisors pushing back against the Covid restrictions.  Hailey and Amanda claim they are doing this in the name of the students, but frankly I don't see it.  The students, left to themselves, are much more reasonable and understanding of the current limitations.  We don't see this from the other classes.

I acknowledged that there had been grumblings about my difficulties writing on the digital whiteboard, and I have taken numerous steps to improve that, but the issue only reached a level where it was demanded that I write on the physical whiteboard after Kurt was the only student routinely on Zoom.  Kurt has complained about harassment.  Those complaints were brought forth by Hailey at a faculty meeting a few months ago and dismissed.  I believe those complaints should be revisited and taken seriously.  As I mentioned I am aware of at least one other incident when another student was harassed that I have a hard time seeing the students behind without it being provoked or negligently allowed to develop by the adults.

You acknowledged yesterday that Amanda pushes people's boundaries, and that you have been tolerating it. That is harassment.  As head of the school you have a responsibility to either stop it or take responsibility for the consequences of it.  I have a responsibility to seek relief elsewhere if you don't.

Respectfully,

Daniel Taylor


Sent from my iPhone