# EXHIBIT D


# Invitation to complete a Form for Klein Independent School District

From: Klein Independent School District <mailbot@applitrack.com>
Sent: Sat, Oct 16, 2021 at 1:29 pm
To: Sherry Herron

RE:Thomas Taylor

Dear Sherry Herron,

You are listed as a reference for Thomas Taylor. Our district may not consider an applicant for employment prior to having obtained feedback from all persons listed as references. To expedite the process and to eliminate as much paperwork as possible, we would greatly appreciate it if you would respond to the survey by way of the following link:

## Online Reference Survey
https://www.applitrack.com/kleinisd/onlineapp/eForm.aspx?id=a67f0da5-3bdc-4e96-82e4-12fc0fbff8f2

After you click the link above, please fill out the requested information.Your responses are kept confidential and are visible only to authorized parties.


Note: This email is being sent from an automated system. DO NOT REPLY TO THIS EMAIL as responses will not be received.


Thank you,

HR/Substitute Department

SOTW000231

10.16.21

# Substitute Reference

**Organization:** Klein Independent School District   **Applicant:** Thomas Taylor
**Assigned To:** Reference = Sherry Herron
Show History

✱ Please answer the questions below.

Thomas Taylor is an applicant for a substitute position. The information that you provide will help us make important staffing decisions. Thank you.

✱ What is your relationship to this applicant? Ex: Supervisor, Employer, Co-worker, Teacher, Personal Acquaintance, Family Member: **Supervisor**

✱ Did you or do you work or volunteer with the applicant? If yes, name of employer or organization: **School of the Woods**

✱ How long have you known the applicant? **2 years**

| | Outstanding | Above Average | Average | Needs Improvement | No Basis for Judgment | Comments |
|---|---|---|---|---|---|---|
| 1. Personal integrity | | ● | | | | |
| 2. Interpersonal skills-works well with others | | ● | | | | |
| 3. Self control-handles stress | | ● | | | | |
| 4. Ability to plan and organize | ● | | | | | |
| 5. Ability to communicate in English | ● | | | | | |
| 6. Follows directions | | ● | | | | |
| 7. Dependable and punctual | ● | | | | | |
| 8. Problem-solving skills | | ● | | | | |
| 9. Responsible for tasks | | ● | | | | |
| 10. Shows initiative-personal motivation | | ● | | | | |
| 11. Attitude towards children and teens | | ● | | | | |
| 12. Success in educational environment | | ● | | | | |

✱ Would you recommend this applicant for hire/rehire? If no, please explain. **Yes**

✱ Do you know any reason why the applicant should not be employed to work with students? If yes, please explain. **No**

✱ Your Name: **Sherry Herron**
✱ Your Title: **Head of School**
✱ Your Employer: **School of the Woods**

Submit Form

10.16.21

# Klein Independent School District

## Thank you!

**This submission has been recorded.**