# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **THOMAS TAYLOR,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | |
| | § | |
| **SCHOOL OF THE WOODS** | § | NO. 4:23–cv-00843 |
| | § | |
| **Defendant** | § | **JURY DEMANDED** |

## ORDER DENYING MOTION TO DISMISS

After considering Defendant School of the Woods' Motion for Summary Judgment and the response, the Court DENIES the Motion.

SIGNED the _____ day of _____, 2024.

_____
**UNITED STATES DISTRICT JUDGE**